Ex. No. 1269. STATE *v.* RICHARD A. CONTI. Motion of defendant to file a supplementary brief is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General; for plaintiff. *David W. Carroll,* for defendant.

APPEAL No. 1702. RUTH COOLBETH *v.* ARAM K. BERBERIAN. Motion of appellant to remand denied without prejudice to the right of appellant to brief and orally argue, along with such other questions as are raised on the merits of the appeal, the question of whether the preliminary injunction is applicable to the cases consolidated. *John M. Roney,* Rhode Island Legal Services, Inc., for plaintiff-appellee. *Aram K. Berberian,* defendant-appellant, pro se.

April 26, 1972.

M. P. No. 1713. COMMUNITY HOTEL CORPORATION OF NEWPORT, RHODE ISLAND *v.* JOHN J. EGAN. Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. The parties at the hearing on the merits should argue, inter alia,

(a) whether there is any statutory authority for the Superior Court to order a garnishee to deposit garnished funds in an interest-bearing escrow account standing in the names of counsel in the case; and irrespective of such authority,

(b) whether the record reveals any facts indicating the necessity for such an order.

All stays granted by Supreme Court in these proceedings to continue in full force and effect until further order. Roberts, C.J., not participating. *William F. Hague, Jr.,* for Michael J. Bove, III. *Roberts & Willey, Incorporated, David W. Carroll, Bruce G. Tucker,* for respondent.